# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

**KEVIN BARNES,**                                                                                    **JUDGMENT IN A CIVIL CASE**

           **Petitioner,**

  **v.**                                                                                                                **08-cv-83-bbc**

**ROBERT D. SPODEN,**
**Rock County Sheriff,**

           **Respondent.**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

### IT IS ORDERED AND ADJUDGED

that the petition of Kevin Barnes for a writ of habeas corpus is DISMISSED WITH PREJUDICE for his failure to exhaust his state court remedies.

**THERESA M. OWENS**

_____

**Theresa M. Owens, Clerk**

**Connie A. Korth**                                                                                                          **2/27/08**

_____                                                                   _____

**by Deputy Clerk**                                                                                                              **Date**